■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ANN EUN KIM, Admitted on June 22, 1992, at a Term of the Appellate Division, First Department. [716 NYS2d 554] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. [*See,* 247 AD2d 158.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. RICHARD A. KEEFE, Admitted on March 1, 1976, at a Term of the Appellate Division, First Department. [716 NYS2d 554] —Motion granted and respondent reinstated as an

attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 247 AD2d 158.]